## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 6:18-cv-3177-CV-RK ) |
| NEW PRIME, INC., d/b/a PRIME, INC., | ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

Plaintiff, Equal Employment Opportunity Commission, by and through the undersigned counsel, hereby certifies that on the 16th day of July, 2019, the expert report of Dr. Louise Fitzgerald was served, via electronic mail, on the following:

Tina G. Fowler
Rachel A. Riso
Baird Lightner Mills P.C.
1901 C South Ventura
Springfield, MO 65804
tfowler@blmlawyers.com
rriso@blmlawyers.com

Attorneys for Defendant

Randall W. Brown
Stephen C. Thornberry
Thornberry Brown, LLC
4550 Main Street, Suite 205
Kansas City, MO 64111
randy@thornberrybrown.com
steve@thornberrybrown.com

Attorneys for Plaintiff-Intervenor

Respectfully submitted by,

/s/ Dayna F. Deck

Dayna F. Deck
Senior Trial Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Kansas City Area Office
400 State Ave., Suite 905
Kansas City, KS 66101
913-551-5848(voice)
913-551-6957(fax)
dayna.deck@eeoc.gov


Lauren W. Johnston
Trial Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Oklahoma City Area Office
215 Dean A. McGee Ave, Ste. 524
Oklahoma City, OK 73102
405-231-5829 (voice)
405-231-4375 (fax)
lauren.johnston@eeoc.gov