# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT | ) | |
| OPPORTUNITY COMMISSION, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MELINDA HUERTA, | ) | |
|     Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | Case No. 6:18-cv-03177-RK |
| | ) | |
| NEW PRIME, INC., | ) | |
| d/b/a PRIME, INC., | ) | |
|     Defendant. | ) | |

## NOTICE TO TAKE VIDEO DEPOSITION

**YOU ARE HEREBY NOTIFIED THAT** a deposition will be taken to be used in the above-styled cause as hereinafter set forth:

**PLACE**: The deposition will be taken at the Hyatt Place Fort Lauderdale Airport & Cruise Port, 91 SW 18th Ave. Dania Beach, Florida 33004 in the "Boardroom" Conference room.

**TIME**: The deposition will begin at 9:00 a.m. on Thursday, August 15, and shall continue from day to day, or as long as is necessary to complete.

**WITNESSES TO BE DEPOSED**: Louise Fitzgerald.

**COURT REPORTER**: Court reporting services to be provided by Alaris.

**VIDEOGRAPHER**: Video services to be provided by Alaris.

          Respectfully submitted,

          BAIRD LIGHTNER MILLSAP P.C.

          By /s/ *Tina G. Fowler*
             Tina G. Fowler
             Missouri Bar No. 48522
             tfowler@blmlawyers.com

Rachel A. Riso
Missouri Bar No. 57145
rriso@blmlawyers.com

1901C South Ventura
Springfield, Missouri 65804
Telephone: (417) 887-0133
Facsimile (417)887-8740
Attorneys for Prime

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of July, 2019, I electronically filed the above and foregoing document using the Court's e-filing system which sent notification to the following:

| | |
|---|---|
| Andrea G. Baran<br>MO Bar #46520<br>EEOC Regional Attorney<br>andrea.baran@eeoc.gov | Randall W. Brown<br>MO Bar #43805<br>Attorneys for Plaintiff-Intervenor<br>randy@thornberrybrown.com |
| C. Felix Miller<br>MO Bar #28309<br>EEOC Supervisory Trial Attorney<br>felix.miller@eeoc.gov | Stephen C. Thornberry<br>MO Bar #44354<br>Attorneys for Plaintiff-Intervenor<br>steve@thornberrybrown.com |
| Dayna F. Deck<br>MO Bar #39033<br>EEOC Senior Trial Attorney<br>dayna.deck@eeoc.gov | |

*/s/ Tina G. Fowler*
Tina G. Fowler