# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, ) | |
|     Plaintiff, ) | |
| ) | |
| and ) | |
| ) | |
| MELINDA HUERTA, ) | |
|     Plaintiff-Intervenor, ) | |
| ) | |
|     v. ) | Case No. 6:18-cv-03177-RK |
| ) | |
| NEW PRIME, INC., ) | |
| d/b/a PRIME, INC., ) | |
|     Defendant. ) | |

## AMENDED NOTICE TO TAKE VIDEO DEPOSITION AND DUCES TECUM

**YOU ARE HEREBY NOTIFIED THAT** the deposition of Louise F. Fitzgerald, Ph.D., a witness identified by Plaintiff Equal Employment Opportunity Commission ("EEOC") under Fed. R. Civ. P. 26(a)(2), will be taken to be used in the above entitled cause under Fed. R. Civ. P. 26(a)(4) and Fed. R. Civ. P. 30(a). Pursuant to Fed. R. Civ. P. 30(b)(2), Ms. Fitzgerald and Plaintiff EEOC are requested to produce at the deposition the documents and things identified in Exhibit A, attached hereto. Such deposition will be taken as hereinafter set forth:

**PLACE**: The deposition will be taken at the Hyatt Place Fort Lauderdale Airport & Cruise Port, 91 SW 18th Ave. Dania Beach, Florida 33004 in the "Boardroom" Conference room.

**TIME**: The deposition will begin at 9:00 a.m. on Thursday, August 15, and shall continue from day to day, or as long as is necessary to complete.

**WITNESSES TO BE DEPOSED**: Louise Fitzgerald.

**COURT REPORTER**: Court reporting services to be provided by Alaris.

**VIDEOGRAPHER**: Video services to be provided by Alaris.

Respectfully submitted,

BAIRD LIGHTNER MILLSAP P.C.

By /s/ *Tina G. Fowler*
   Tina G. Fowler
   Missouri Bar No. 48522
   tfowler@blmlawyers.com

   Rachel A. Riso
   Missouri Bar No. 57145
   rriso@blmlawyers.com

   1901C South Ventura
   Springfield, Missouri 65804
   Telephone: (417) 887-0133
   Facsimile (417)887-8740
   Attorneys for Prime

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 7th day of August, 2019, I electronically filed the above and foregoing document using the Court's e-filing system which sent notification to the following:

Andrea G. Baran
MO Bar #46520
EEOC Regional Attorney
andrea.baran@eeoc.gov

C. Felix Miller
MO Bar #28309
EEOC Supervisory Trial Attorney
felix.miller@eeoc.gov

Dayna F. Deck
MO Bar #39033
EEOC Senior Trial Attorney
dayna.deck@eeoc.gov

Randall W. Brown
MO Bar #43805
Attorneys for Plaintiff-Intervenor
randy@thornberrybrown.com

Stephen C. Thornberry
MO Bar #44354
Attorneys for Plaintiff-Intervenor
steve@thornberrybrown.com

   */s/ Tina G. Fowler*
   Tina G. Fowler