IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>      Plaintiff, | ) ) ) ) | |
|   and | ) ) | |
| MELINDA HUERTA,<br>      Plaintiff-Intervenor, | ) ) ) ) | |
|       v. | ) ) | Case No. 6:18-cv-03177-RK |
| NEW PRIME, INC.,<br>d/b/a PRIME, INC.,<br>      Defendant. | ) ) ) ) | |

## JOINT DISMISSAL WITH PREJUDICE

COME NOW plaintiff Equal Employment Opportunity Commission, plaintiff-intervenor Melinda Huerta, and defendant New Prime, Inc., d/b/a Prime, Inc., by and through their respective counsel, and hereby stipulate and agree that all claims of plaintiff and plaintiff-intervenor are hereby dismissed with prejudice, with each party to bear their own respective attorneys' fees and costs.

**AGREED TO AND RESPECTFULLY SUBMITTED,**

      EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

      By: /s/ *Dayna F. Deck*
          Dayna F. Deck MO #39033
          Senior Trial Attorney
          Kansas City Area Office
          400 State Ave., Suite 905
          Kansas City, KS 66101
          913-551-5848(voice)
          913-551-6957(fax)
          dayna.deck@eeoc.gov
          ***Attorney for Plaintiff EEOC***

1

THORNBERRY BROWN, LLC

By: /s/ *Randall W. Brown*
    Randall W. Brown MO #43805
    Randy@ThornberryBrown.com
    Stephen C. Thornberry MO #44354
    Steve@ThornberryBrown.com
    4550 Main Street, Suite 205
    Kansas City, Missouri 64111
    (816) 531-8383 telephone
    (816) 531-8385 facsimile
    ***Attorneys for Plaintiff-Intervenor***

BAIRD LIGHTNER MILLSAP, P.C.

By: /s/ *Tina G. Fowler*
    Tina G. Fowler MO #48522
    tfowler@blmlawyers.com
    Rachel A. Riso MO #57145
    rriso@blmlawyers.com
    1901C South Ventura
    Springfield, Missouri 65804
    Telephone: (417) 887-0133
    ***Attorneys for Defendant Prime***

2

Case 6:18-cv-03177-RK   Document 155   Filed 02/21/20   Page 2 of 3

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 21st day of February, 2020, I electronically filed the above and foregoing document using the Court's e-filing system which sent notification to the following:

| | |
|---|---|
| Andrea G. Baran<br>MO Bar #46520<br>EEOC Regional Attorney<br>andrea.baran@eeoc.gov | Randall W. Brown<br>MO Bar #43805<br>Attorneys for Plaintiff-Intervenor<br>randy@thornberrybrown.com |
| C. Felix Miller<br>MO Bar #28309<br>EEOC Supervisory Trial Attorney<br>felix.miller@eeoc.gov | Stephen C. Thornberry<br>MO Bar #44354<br>Attorneys for Plaintiff-Intervenor<br>steve@thornberrybrown.com |
| Dayna F. Deck<br>MO Bar #39033<br>EEOC Senior Trial Attorney<br>dayna.deck@eeoc.gov | |

                                                */s/ Tina G. Fowler*
                                                Tina G. Fowler